UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOMPSON RIGGS,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | No. 1:20-cv-00704-JDP<br><br>ORDER TO SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS<br><br>ORDER THAT THE CLERK'S OFFICE SEND PLAINTIFF AN IFP APPLICATION |

Claimant Jane Tompson Riggs, proceeding without counsel, has filed a Social Security complaint, but has not paid the $400.00 filing fee or applied to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly, it is hereby ordered that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: May 22, 2020  /s/ Jeremy Peterson
 UNITED STATES MAGISTRATE JUDGE

No. 205.