UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOMPSON RIGGS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-00704-JDP<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS THIS CASE AS DUPLICATIVE AND FOR FAILURE TO PROSECUTE<br><br>OBJECTIONS DUE IN THIRTY DAYS<br><br>ORDER TO ASSIGN THIS CASE TO A DISTRICT JUDGE |

Claimant Jane Tompson Riggs is a proceeding without counsel in this social security appeal. Plaintiff filed a complaint on May 20, 2020, but did not pay the filing fee or apply to proceed *in forma pauperis*. On May 22, 2020, the court ordered her to do so within 45 days, and noted that a failure to do so would result in dismissal of this case. ECF No. 2. The court has received no further filings from claimant in the case. On July 7, however, claimant filed a new complaint—along with a now-granted application to proceed *in forma pauperis*—that now reside at case number 1:20-cv-00940-JDP. That case appears identical to this one, and the court believes that claimant may have inadvertently opened two separate cases for the same complaint. We therefore recommend that this case be dismissed as duplicative and for failure to prosecute. Case number 1:20-cv-00940-JDP will continue.

This recommendation will be submitted to a U.S. district judge presiding over the case under 28 U.S.C. § 636(b)(1)(B) and Local Rule 304. Within 30 days of the service of the

findings and recommendations, claimant may file written objections with the court. That document must be captioned "Objections to Magistrate Judge's Findings and Recommendations." The presiding district judge will then review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

**ORDER**

The clerk's official shall assign this case to a district judge to review the above recommendation.

IT IS SO ORDERED.

Dated:   September 4, 2020                                 _____
                                                                          UNITED STATES MAGISTRATE JUDGE

No. 205.