UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TOMPSON RIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY, *et al.*,<br><br>Defendants. | 1:20-cv-00704-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 4.)<br><br>ORDER DISMISSING CASE AS DUPLICATIVE |

James Tompson Riggs ("Plaintiff") is proceeding without counsel in this social security appeal. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 4, 2020, the Magistrate Judge entered findings and recommendations, recommending that this case be dismissed as duplicative of case number 1:20-cv-00940-JDP. (ECF No. 4.) Plaintiff objected on October 2, arguing that he only opened one case and noting that the court misspelled his name. (ECF No. 5.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. For whatever reason, it appears that two identical Social Security appeals have been opened in this district, both in the name of James Tompson Riggs, a resident of 1602 General Avenue in

Dos Palos. Because Plaintiff's application to proceed *in forma pauperis* in the other case (No. 1:20-cv-00940-JDP) has been granted, the Court will close this case and allow the other to continue. The misspellings of Plaintiff's name appear to have been a typographical error.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations entered by the Magistrate Judge on September 4, 2020, are adopted in full;
2. This case is dismissed without prejudice; and
3. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: October 8, 2020

 SENIOR DISTRICT JUDGE